UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATISHI BALI, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　　　　　Defendant. | Case No. 2:24-cv-01305-RSL<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this case, without prejudice, on the following terms:

　　　　1.　　U.S. Citizenship and Immigration Services ("USCIS") shall take initial adjudicative action on the remaining Form I-829 by December 20, 2024:

　　　　　　　a.　　Atishi Bali (WAC2190084462)

　　　　　　　b.　　Adeep Cheema (WAC2122851647)

　　　　2.　　Initial adjudicative action means an adjudicative step taken by USCIS, and may include but is not limited to, requests for clarification, requests for evidence, a notice of intent to deny, or a final decision.

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:24-cv-01305-RSL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

3. If review of supporting documentation reveals extenuating circumstances, the agency will make best efforts to meet the above proposed deadlines but may need additional time to review or take next action on the petition as necessary. Extenuating circumstances may include, but are not limited to: acts of god or unforeseen natural disasters; physical incapacity of obtaining the files as necessary; and/or changed circumstances regarding necessary background checks, biometrics appointments, or national security concerns

4. USCIS agrees to adjudicate the subject Forms I-829 in good faith. If USCIS issues a Request for Evidence ("RFE") or Notice of Intent to Deny ("NOID") for either Plaintiff's petition or biometrics, USCIS will take the next adjudicative action within 90 days from receipt of Plaintiff's response. This 90-day timeframe will apply to the response to any subsequent RFE or NOID issued in Plaintiff's case. Plaintiffs' counsel will share the tracking and confirmation information of any correspondence that is mailed to the agency to encourage timely receipt and review.

5. If a Plaintiff believes USCIS has breached this agreement in any way, he or she will notify undersigned counsel and provide USCIS with at least 14 days to remedy any such breach. If USCIS fails to remedy said breach within 14 days (the "Cure Period"), an affected Plaintiff may file a Motion to Reopen this matter and petition this Court for the attorneys' fees and costs associated with enforcing this Stipulated Dismissal, notwithstanding whether any such alleged cure occurring _after_ the Cure Period has elapsed. Defendant agrees to be subject to jurisdiction and venue regarding any such filing sought to enforce the terms and conditions of this Stipulated Dismissal, filed in this Court / within the Western District of Washington.

6. Except as otherwise provided in the preceding paragraph, the parties agree to bear their own costs and attorneys' fees.

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:24-cv-01305-RSL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

DATED this 4th day of November, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | BUCHALTER, P.C. |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Kripa Upadhyay*<br>KRIPA UPADHYAY, WSBA #40063<br>1420 Fifth Avenue, Suite 3100<br>Seattle, Washington 98101<br>Phone: (206) 389-7007<br>Email: kupadhyay@buchalter.com<br><br>*Attorney for Plaintiffs* |

*I certify that this memorandum contains 399 words, in compliance with the Local Civil Rules.*

*Attorneys for Defendant*

**ORDER**

The parties having so stipulated, the above is SO ORDERED. The case is dismissed without prejudice.

Dated this 5th day of November, 2024.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:24-cv-01305-RSL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800